IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Paramo Jr, Anthony W

Printed:  12/13/07

Case Number:  07 B 13933
Judge:  Hollis, Pamela S
Filed:  8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: October 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,048.00 | 0.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 33,000.00 | 0.00 |
| 4. | Harris Trust & Savings Bank | Secured | 4,000.00 | 0.00 |
| 5. | American General Finance | Unsecured | 0.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 894.67 | 0.00 |
| 7. | Nissan Motor Acceptance Corporation | Unsecured | 5,743.70 | 0.00 |
| 8. | American General Finance | Secured |  | No Claim Filed |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | American General Finance | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,686.37 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Paramo Jr, Anthony W

Printed:  12/13/07

Case Number:  07 B 13933

Judge:  Hollis, Pamela S

Filed:  8/2/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

